UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:18-CR-83 |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| **RONALD SHANNON HOUGH** | ) | |

**THIS MATTER** is before the Court on the United States' Unopposed Motion for Alternate Victim Notification Procedures pursuant to 18 U.S.C. § 3771(d)(2). (Doc. No. 5).

For the reasons stated in the motion, the Court finds that the number of victims, as defined by 18 U.S.C. § 3771(e), makes it impracticable to accord all of the victims the rights described in 18 U.S.C. § 3771(a). The Court further finds that the United States' proposed publication via the internet is a reasonable procedure to give effect to 18 U.S.C. § 3771. (See Doc. No. 5-1).

**IT IS, THEREFORE, ORDERED** that the United States' Unopposed Motion for Alternative Victim Notification Procedures is hereby GRANTED.

Signed: March 7, 2018

Robert J. Conrad, Jr.
United States District Judge