# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:18-CR-083-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| RONALD SHANNON HOUGH, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion To Partially Unseal" (Document No. 35) filed March 11, 2019. Having carefully considered the motion and the record, and applicable authority, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the Government's "Motion To Partially Unseal" (Document No. 35) is **GRANTED**. The Government may produce a copy of Document No. 22 in the case in the manner requested consistent with its discovery obligations.

Signed: March 12, 2019

David C. Keesler
United States Magistrate Judge