IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00083-RJC-DCK

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| RONALD SHANNON HOUGH | ) | |
| | ) | |

**THIS MATTER** is before the Court upon a petition to revoke the defendant's term of supervised release. (Doc. No. 43).

At the revocation hearing, the Court granted the government's motion to dismiss Violation 2 based on the defendant's satisfaction of his financial obligation. After hearing evidence from both parties, the Court found the government did not carry its burden to prove Violation 1. The Court further found that the defendant's term of supervised release is now expired.

**IT IS, THEREFORE, ORDERED** that the petition, (Doc. No. 43), is **DENIED and DISMISSED**, and the defendant is discharged from supervised release.

Signed: February 21, 2023

Robert J. Conrad, Jr.
United States District Judge